IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00268-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN BILLIE PAYNE, a/k/a PETER HARVEY,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce JOHN BILLIE PAYNE, a/k/a PETER HARVEY, YOB 1966, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment and to hold him at all times in the custody of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this _____ day of _____, 2010.

                                                  UNITED STATES MAGISTRATE JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  DISTRICT OF COLORADO